

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Benjamin Ramer, Appellant

No. 06-21-00118-CR      v.

The State of Texas, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CR-20-27805). Memorandum Opinion delivered by Justice Carter,* Chief Justice Morriss and Justice Stevens participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the judgment adjudicating guilt by changing the "Date of Original Community Supervision Order" from "07/12/2020" to "12/9/2020." In the *Anders* context, once we determine that the appeal is without merit, we must either dismiss the appeal or affirm the trial court's judgment. Therefore, we affirm the judgment of the trial court, as modified.

We note that the appellant, Benjamin Ramer, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 5, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk